**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA          .

v.                                .          Criminal No.  24-CR-00317-DLB

SINDY HERNANDEZ                   .

_____

**MOTION TO MODIFY RELEASE CONDITIONS
TO PERMIT CURFEW**

Ms. Sindy Hernandez, by her undersigned counsel, hereby moves this Honorable Court to modify the conditions of release to impose a curfew in this matter, with all other conditions of release to remain in place. Pretrial Services does not oppose the request and the Government defers to Pretrial Services on this request.  In support of her request, Ms. Hernandez states as follows:

1.  On October 7, 2024, Ms. Hernandez was charged by criminal complaint with 18 U.S.C. § 371 (conspiracy).

2.  On October 10, 2024, Ms. Hernandez had her initial appearance.

3.  On October 11, 2024, Ms. Hernandez was released on strict conditions of release to include a third party custodian and home confinement. *See* ECF No. 45.

4.  On October 24, 2024, Ms. Hernandez was charged by indictment with 18 U.S.C. § 317 (conspiracy).

5.  On May 7, 2025, Ms. Hernandez filed a motion to modify conditions of release. On May 21, 2025, the motion was granted in part. The Court removed home confinement and imposed home detention. ECF No.99.

6.  Ms. Hernandez has two young children, ages eight (8) and nine (9), for whom she cares. Ms. Hernandez watches her children before and after school, and on the weekends. Her children are in elementary school and will begin summer break in June 2026. Ms. Hernandez also cares for her young grandchildren. Ms. Hernandez has many daily tasks

1

such as cooking, washing clothes, and childcare that requires trips to the grocery store, laundromat, school, etc. During summer break, Ms. Hernandez will have her children on a full-time basis and anticipates enrolling her children in sports-related activities such as soccer.

7. Further, Ms. Hernandez has successfully been on pretrial release for a very lengthy period and demonstrated that her conditions of release may be lessened at this time to include a curfew.

8. Ms. Hernandez has not received any Notice of Apparent Violations, has incurred no new charges, has had no significant issues while on pretrial release, and is overall doing well on release.

9. **Undersigned counsel emailed with Ms. Pamela Nieves (Probation) and Dawn Williams (AUSA) and Pretrial Services has no objection to lessening Ms. Hernandez's restrictions at this time to impose a curfew of 10:00 p.m. to 6:00 a.m. The government defers to Pretrial Services.**

10. Ms. Hernandez requests modification of her current conditions, requesting that a curfew be imposed from 10:00 p.m. to 6:00 a.m., with all other conditions to remain in place.

WHEREFORE, Ms. Hernandez moves this Court to modify the conditions of release to permit a curfew from 10:00 p.m. to 6:00 a.m. A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender


_____/s/_____
Rosana Chavez (#808049)

2

Cynthia Frezzo (#817358)
Assistant Federal Public Defenders
Office of the Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, Maryland 20770
Telephone:  (301) 344-0600(t)
Facsimile:   (301)  344-0019(f)
Email:  rosana_chavez@fd.org